**MAURICE JACOBS and HERMAN J. BLOOM v. SAMUEL BERLIN and GERTRUDE BERLIN.**

32 So. (2nd) 753                                                    June Term, 1947
November 21, 1947                                                Division B

*Harry Gordon,* for appellants.

*McKay, Dixon, DeJarnette & Bradford,* for appellees.

PER CURIAM:

Affirmed on authority of Stewart v. Manget, 135 Fla. 485, 181 So. 370, and Reisen v. Maryland Casualty Co., 153 Fla. 205, 14 So. (2nd) 197.

So ordered.

THOMAS, C. J., BUFORD, ADAMS and BARNS, JJ., concur.